UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
January 21, 2020
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> LUIS HERNANDEZ-GUZMAN, <br> Defendant. | Case No. 3:20-mj-00001 DMC-1 <br><br> **ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release LUIS HERNANDEZ-GUZMAN Case No. 3:20-mj-00001 DMC-1 Charges 21 U.S.C. §§846, 841(a)(1) from custody for the following reasons:

___ Release on Personal Recognizance

X Bail Posted in the Sum of $ _____

     x    Unsecured Appearance Bond $ $75,000.00

     ___ Appearance Bond with 10% Deposit $50,000 by Elizabeth Rosales Galvan

     ___ Appearance Bond with Surety

     ___ Corporate Surety Bail Bond $25,000 by Travis Hernandez

     X (Other): Pretrial Supervision conditions as stated on the record in open court.

Issued at Sacramento, California on January 21, 2020 at 2:19 pm

By: _____
Magistrate Judge Carolyn K. Delaney